MYER HELLMAN et al., Respondents, *v.* THE FORTY-SECOND STREET AND GRAND STREET FERRY RAILROAD COMPANY, Appellant.

Reported below, 74 Hun, 529.
(Argued December 3, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 15, 1893, which overruled defendant's exceptions, ordered to be heard in the first instance at General Term, denied a motion for a new trial and ordered judgment for the plaintiff upon a verdict directed by the court.

*Freling H. Smith* for appellant.

*George Hoadly* for respondents.

Judgment affirmed, with costs, on authority of *5th Avenue Bank* v. *42nd St. & Grand St. Ferry R. R.* (137 N. Y. 231).
All concur.